UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOME, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00651-DAD-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 39)<br><br>ORDER GRANTING RETROACTIVE LEAVE TO AMEND<br><br>(ECF No. 41) |

　　　　Gary Paul Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 7, 2020, the Court issued its findings and recommendations, recommending that Plaintiff's third amended complaint be dismissed, with leave to amend. (ECF No. 39). The Court recommended that Plaintiff's fourth amended complaint be limited to 20 pages.

　　　　On June 2, 2020, Plaintiff filed a 19-page Fourth Amended Complaint. (ECF No. 41). Although leave had not yet been granted, in the interest of justice, the Court will retroactively grant leave to file the Fourth Amended Complaint. *See* Fed. R. Civ. P 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The Court should freely give leave when justice so requires.").

　　　　The Court will screen Plaintiff's Fourth Amended Complaint in due course.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is GRANTED leave to amend his Third Amended Complaint, and his Fourth Amended Complaint (ECF No. 41) is accepted for filing; and
2. The findings and recommendations issued on May 7, 2020 are VACATED.

IT IS SO ORDERED.

Dated:   **June 5, 2020**                                        /s/ Erica P. Grosjean
                                                                               UNITED STATES MAGISTRATE JUDGE