IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>                                   Plaintiff,<br><br>         v.<br><br>BROCKWAY, et al.,<br><br>                                   Defendants. | Case No. 1:19-cv-00651-DAD-EPG<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FOURTH AMENDED COMPLAINT (LOCAL RULE 144(a) AND (c))<br><br>(ECF No. 69) |

Having read and considered Defendants' *Ex Parte* Application for An Extension of Time to Respond to Plaintiff's Fourth Amended Complaint, IT IS HEREBY ORDERED THAT:

1. Defendants' Application for Extension of Time (ECF No. 69) shall be granted;
2. Defendants shall file their response to the Complaint on or before October 11, 2021.

IT IS SO ORDERED.

Dated:   **September 13, 2021**            /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

1